ORIGINAL

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 1 2 2006

at 10 o'clock and 45 min. A M
SUE BEITIA, CLERK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LESLIE KEKAHUNA,

    Defendant.
_____/

CASE NO. CR-00175-SOM

MOTION TO DISQUALIFY JUDGE SUSAN O. MALLWAY

exhibits

COMES NOW the defendant, above-named and appearing Pro se, and respectfully moves this Court for order disqualifying District Court Judge Susan Mollway from presiding over further proceedings in connection with defendant's Rule 60(b)(6) motion.

-1-

That this motion is made and based upon the annexed memorandum of authorties and all pleadings and papers on file herein.

Dated this 31 day of DECEMBER, 2005.

                              Respectfully submitted,

                              Leslie Kekahuna
                              #89329-022
                              Federal Correctional Institution
                              P.O.Box 3007
                              terminal Island
                              San Pedro, CA 90731

## MEMORANDUM OF AUTHORITIES

On February 17-18, 2005, of the defendant's sentencing hearing then sitting Judge Mollway violated defendant's due process rights by participating in the plea greement negotiations when she took off her judicial robe to create a dual role as Judge and U.S. Attorney by her participation in the unethical actions concerning the defendant's sentencing hearing! See (exhibit-5- page 32 of the sentencing hearing).

The Court:

> This is my concern, okay usually when somebody is facing a 10 year mandtory minimum, they don't keep staying out, unless they're cooperating with the government. The government **is not telling me that Mr. Kekahuna is cooperating.** In fact, what mr. Muehleck is claiming is that Mr. Kekahuna is avoiding the government.

This statement and other attached as exhibit's could be coneived that the Judge may have been in confedrate with the government to complete a back door deal with the U.S.Attorney because the defendant refused to to seek **curry favor** from the government in thier efforts to apprehend other criminals.

Rule 11 of the Federal Rules of Criminal Procedure Note 245, provides for here relevent:

Judges are not to participate in plea bargaining; thier role is to be limited to acceptance or rejection of the agreement, and this provision of the rule expressly forbids discussions implicity recognizes that participation in plea agreements process depreciate image of trial Judge that is necessary to public confidence in the impartial and objective adminisistration of criminal justice.

In addition, to the February 17, 2005, sentencing hearing the Judge order the hearing continued until Fedruary 18, 2005, so that the defenadnt could help himself as to if he wanted to cooperate with the government to receive a sentence less than the mandatory minimu of 10 years. See (exhibit-5- page 46 of the sentencing hearing).

Title 28 U.S.C. § Section 455, provides in relevent here:

> "Any Judge, or magistrate of the United States shall disqualify himself in any proceeding in which his partially might reasonably be questioned."

Cf. In re Murchison, 349 U.S. 133, 136, 75 S.C.t 623 (1995). If the reason and fact, regardless of thier truth, fairly support "the charge of a bent of mind that may prevent or impede impartially of judgment" then it is the judge's duty to allow the affidavit and withdraw. Simmon v. United States, 302 F.2d 71, 75 (3rd Cir. 1962); United States v. Sykes, 7 F.3d 1331, 1339 (7 th Cir. 1993).

WHEREFORE, defendant prays for an order disqualifying Judge Mollway from presiding over further proceedings in connection with his Rule 60(b)(6) motion, and for such other further relief as law and justice requires.

Dated this 31 day of DECEMBER, 2005.

PROOF OF SERVICE

The undersigned hereby certifies that a full and true copy of the foregoing motion has been mailed to the following:

-3-

Thomas C. Muehleck
Assistance U.S. Attorney
PJKK Federal Building Bldg.
300 Ala Moana Blvd, Suite 6100
Honolulu, HI 96850

Dated this __31__ day of __DECEMBER__, 2005.

Respectfully submitted,

*Leslie L. Kekahuna*
Leslie Kekahuna
89329-022
Federal Correctional Institution
P.O. Box 3007
Terminal Island
San Pedro, CA 90731