Ce Som
Not paid

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 0 6 2006

at 3 o'clock and 10 min P M
SUE BEITIA, CLERK

UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

UNITED STATES OF AMERICA,        CASE NO. CR-02-00175-SOM

    Plaintiff,

v.                               NOTICE OF APPEAL

LESLIE KAKEHUNA,

    Defendant.

_____/

    NOTICE is hereby given, that defendant Leslie Kakahuna, appeals to the Ninth Circuit Court of Appeals from the district court's denial of his Rule 60(b)(6) motion. Judgment entered in on January 12, 2006, defendant received copy of the that judgment on Juanuary 18, 2006.

    Dated this 31 day of January, 2006.

Respectfully submitted,

Leslie Kekahuna
#89329-022
Federal Correctional Institution
P.O.Box 3007
Terminal Island
San Pedro, CA 90731