UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

DOCKET FEE PAYMENT NOTIFICATION FORM

RECEIVED
CATHY A CATTERSON, CLERK
U.S. COURT OF APPEALS

FEB 17 2006

FILED _____
DOCKETED _____
        DATE    INITIAL

I. **SHORT CASE TITLE:** U.S.A. vs. Leslie Kekahuna

   **U.S. COURT OF APPEALS DOCKET NUMBER:** 06-10106

   **U.S. DISTRICT COURT FOR THE DISTRICT OF HAWAII**

   **U.S. DISTRICT COURT DOCKET NUMBER:** CR 02-00175 SOM 04

II **DATE NOTICE OF APPEAL FILED:** 2/6/2006

III **U.S. COURT OF APPEALS PAYMENT STATUS:**

   **DOCKET FEE PAID ON:**           **AMOUNT:**

   **NOT PAID YET:** ✓               **BILLED:** 2/13/2006

   **U.S. GOVERNMENT APPEAL:**       **FEE WAIVED:**

   **WAS APPELLANT OR APPELLE GRANTED F.P. STATUS?**

   **IF YES, SHOW DATE:**

   **WAS F.P. STATUS REVOKED:**     **DATE:**

   **WAS F.P. STATUS LIMITED IN SOME FASHION?**

   **IF YES, EXPLAIN:**

RECEIVED
CLERK, U.S. DISTRICT COURT

FEB 23 2006

DISTRICT OF HAWAII

IV **COMPANION CASES, IF ANY:**

V. **COMPLETED IN THE U.S. DISTRICT COURT BY:**

   George Bartels

---

AMENDED NOTIFICATION _____ PAID _____ F.P. _____
DISTRICT COURT CLERK BY: _____

(Note: This form is only utilized to notify the U.S. Court of Appeals concerning the satisfaction of the U.S. Court of Appeals Docket Fee.)