IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 02-00175 SOM |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER REGARDING TIME FOR |
| vs. | ) | FILING NOTICE OF APPEAL |
| | ) | |
| LESLIE KEKAHUNA, | ) | |
| | ) | |
| Defendant-Appellant. | ) | |
| _____ | ) | |

ORDER REGARDING TIME FOR FILING NOTICE OF APPEAL

Pursuant to the Appellate Commissioner's Order of March 28, 2006, this court invites Defendant-Appellant Leslie Kekahuna to submit a request to this court that the time for filing a notice of appeal from the judgment entered by this court be extended to permit the notice of appeal filed on February 6, 2006, to fall within the extended period. Any such request should be received in writing by this court no later than April 14, 2006, and should include an explanation establishing excusable neglect by Defendant-Appellant justifying such an extension. Failure to submit such a request by the above deadline will cause this court to notify the Ninth Circuit that no extension is being granted.

DATED: Honolulu, Hawaii; March 28, 2006.



/s/ Susan Oki Mollway
Susan Oki Mollway
United States District Judge