UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED
MAR 28 2006
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| UNITED STATES OF AMERICA, | No. 06-10106 |
| --- | --- |
| Plaintiff - Appellee, | D.C. No. CR-02-00175-SOM |
| v. | District of Hawaii, Honolulu |
| LESLIE KEKAHUNA, | ORDER |
| Defendant - Appellant. | |

RECEIVED
CLERK, U.S. DISTRICT COURT
MAR 3 0 2006
DISTRICT OF HAWAII

Before: Peter L. Shaw, Appellate Commissioner

On February 6, 2006, appellant filed a notice of appeal from the order entered by the district court on January 12, 2006. Because the notice of appeal was filed more than 10 court days after entry of the order, but within 30 calendar days after the expiration of the time to file the notice of appeal, this case is remanded to the district court, pursuant to circuit court policy, for the limited purpose of permitting the district court to provide appellant notice and an opportunity to request that the time for filing the notice of appeal be extended for a period not to exceed 30 calendar days from the expiration of the time for filing a notice of appeal based on a showing of excusable neglect. *See* Fed. R. App.

06-10106

P. 4(b)(4); *United States v. Prairie Pharmacy, Inc.*, 921 F.2d 211, 212 (9th Cir. 1990); *United States v. Stolarz*, 547 F.2d 108, 112 (9th Cir. 1976).

The district court is requested to make this determination at its earliest convenience and to send to this court a copy of its order setting forth the basis for its determination. This order shall be served by facsimile transmission on the district court.

The proceedings in this court are held in abeyance pending the district court's determination.

_____
General Order 6.3(e)