IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 02-00175 SOM |
| ) | |
| Plaintiff, ) | |
| ) | SECOND ORDER REGARDING TIME FOR |
| vs. ) | FILING NOTICE OF APPEAL; |
| ) | EXHIBITS A AND B |
| LESLIE KEKAHUNA, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

SECOND ORDER REGARDING TIME FOR FILING NOTICE OF APPEAL

      By an order filed on March 28, 2006, the Appellate Commissioner of the United States Court of Appeals for the Ninth Circuit, in No. 06-10106, asked that this court provide the appellant with "notice and an opportunity to request that the time for filing the notice of appeal be extended for a period not to exceed 30 calendar days from the expiration of the time for filing a notice of appeal based on a showing of excusable neglect."  On March 29, 2006, this court, in response to the Ninth Circuit's order, filed an Order Regarding Time for Filing Notice of Appeal, a copy of which is attached as Exhibit A.  This court's Order Regarding Time for Filing Notice of Appeal was electronically served by this court's Clerk of Court on the appellant through his counsel, David Bettencourt.  A copy of the document establishing electronic service by this court is attached as Exhibit B.

    This court's Order Regarding Time for Filing Notice of Appeal invited the appellant to request an extension of the

appeal time no later than April 14, 2006.  No such request has been received by this court.

Defense counsel may have deliberately declined to act on this court's invitation because the present appeal may duplicate a pending appeal, No. 05-10141, which has been fully briefed and will be argued on June 13, 2006.  No. 05-10141 arises from a separate Notice of Appeal filed before the Notice of Appeal that gave rise to No. 06-10106.  The Notice of Appeal in 05-10141 was filed by defense counsel, while the Notice of Appeal in 06-10106 was filed directly by the appellant and may have been disregarded by defense counsel.  Both notices were filed under the same district court criminal case number.  This court considered whether it should reissue its Order Regarding Time for Filing Notice of Appeal to ensure that service was accomplished on the appellant himself, not just on his counsel, as it was the appellant himself who had filed the original Notice of Appeal underlying the Order Regarding Time for Filing Notice of Appeal. However, because the appellant remains represented by counsel, who was served with the Order Regarding Time for Filing Notice of Appeal, and because counsel filed an appeal that appears to be progressing in the normal course, it appears likely that the appellant and defense counsel do not desire an extension in No. 06-10106.

    The time for filing a notice of appeal in the criminal case that, in the district court's files, bears No. 02-175 has not been extended by this court.

    A copy of the present order is being electronically served on appellant's counsel and on counsel for the government, and a hard copy is being sent to the Appellate Commissioner and to the appellant himself.

    IT IS SO ORDERED.

    DATED: Honolulu, Hawaii; June 7, 2006.



_____
Susan Oki Mollway
United States District Judge

United States of America v. Leslie Kekahuna; CR. NO. 02-00175 SOM; SECOND ORDER REGARDING TIME FOR FILING NOTICE OF APPEAL; EXHIBITS A AND B