CM/ECF-DC V2.5 (11/05) **LIVE** - Display Receipt                                    Page 1 of 1

```
MIME-Version:1.0
From:hid_resp@hid.uscourts.gov
To:hawaii_cmecf@hid.uscourts.gov
Bcc:airlaw@pixi.com,joni_gross@hid.uscourts.gov,mollway_orders@hid.uscourts.gov,rowena.kang@usdo
Message-Id:<56764@hid.uscourts.gov>
Subject:Activity in Case 1:02-cr-00175-SOM USA v. Latu "Order"
```

Content-Type: text/html

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

## U.S. District Court

### District of Hawaii - CM/ECF V2.5 (11/05)

Notice of Electronic Filing

The following transaction was received from gls, entered on 3/29/2006 at 3:11 PM HST and filed on 3/29/2006
**Case Name:**      USA v. Latu
**Case Number:**   1:02-cr-175
**Filer:**
**Document Number:** 674

**Docket Text:**
ORDER Regarding Time for Filing Notice of Appeal as to Leslie Kekahuna . Signed by Judge SUSAN OKI MOLLWAY on 3/28/06. (gls, )

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095854936 [Date=3/29/2006] [FileNumber=56762-0]
[6bbe7bc3aeb76360d06f301ceb63142883d704c542e4d9be6070663fc5c44b5e86e33
843ebb76d060c521bd5f2403c3549a4f38e6efd9e06b75a5f43516cd48b]]

**1:02-cr-175-4 Notice will be electronically mailed to:**

David Bettencourt     airlaw@pixi.com

Thomas Muehleck     tom.muehleck@usdoj.gov, rowena.kang@usdoj.gov; USAHI.ECFNarcotics@usdoj.gov

**1:02-cr-175-4 Notice will be delivered by other means to:**

Katherine E.K.P. Kealoha
Katherine Puana Kealoha & Associates
Yacht Harbor Professional Center
1620 Ala Moana Blvd Ste 510
Honolulu, HI 96815

## EXHIBIT B