# UNITED STATES COURT OF APPEALS

## FOR THE NINTH CIRCUIT

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 1 4 2006

at 3 o'clock and 55 min P M
SUE BEITIA, CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>LESLIE KEKAHUNA,<br><br>Defendant - Appellant. | No. 05-10141<br>D.C. No. CR-02-00175-SOM<br><br>**JUDGMENT** |

Appeal from the United States District Court for the District of Hawaii (Honolulu).

This cause came on to be heard on the Transcript of the Record from the United States District Court for the District of Hawaii (Honolulu) and was duly submitted.

On consideration whereof, it is now here ordered and adjudged by this Court, that the judgment of the said District Court in this cause be, and hereby is **AFFIRMED**.

Filed and entered 07/13/06

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

AUG - 4 2006

by
Deputy Clerk