ORIGINAL

UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 24 2006

at \_\_\_ o'clock and \_\_\_ \_\_\_M
SUE BEITIA, CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>LESLIE KEKAHUNA,<br><br>        Defendant.<br>_____/ | CASE NO. CR-02-00157-SOM<br><br>CR02-175 Som 04<br><br>MEMORANDUM OF AUTHORITIES<br>IN SUPPORT OF THE DEFENDANT<br>FILING OF HIS TIMELY NOTICE<br>APPEAL. |

COMES NOW the defendant, above-named and appearing Pro se, and respectfully submits his additional memorandum of authorities in support of filing his timely notice of appeal in the district court.

-1-

That this motion is made and based upon the annexed memorandum of authorities and all pleadings and papers on file herein.

Dated this \_6\_ day of \_July_____, 2006.

Respectfully submitted,

Leslie Kekhuna
#89329-022
Federal Correctional Institution
P.O.Box 3007
Terminal Island
San Pedro, CA 90731

SCANNED

## MEMORANDUM OF AUTHORITIES

The defendant pursuant to this court's order dated June 7, 2006, in which the court ordered the defendant to file a request for additional time to file an notice of appeal. The defendant received this order on June 16, 2006. The defendant in his request for additional time to file for an appeal posit that the district court dismissed his Rule 60(b)(6) motion on January 12, 2006. thereafter defendant received a copy of that order on January 23, 2006, and filed his notice of appeal on january 31, 2006, see exhibit -1- defendant's notice of appeal.

Moreover, defendant asserts that when he hand over his notice of appeal to the prison it was deemed filed. See Lott v. Mueller, 304 F.3d 918 (9th Cir. 2002). A legal document is deemed filed on the day a petitioner delivers it to the prison authorities for filing by mail. Houston v Lack, 487 U.S. 266, 279-71 108 S.Ct. 2379, 101 L.Ed.2d 245 (1988). Houston court held that a prisoner's notice of appeal deemed "filed at the time [he] deliver[s] it to the prison authorities for forwording to the court clerk.

Therefore, defendant avers that his notice of appeal was deemed filed on January 31, 2006, when he hand deliivered it to the prison mail room that day.

Wherefore, defendant contends that additonal time in which to file his notice of appeal was meet when he filed his notice of appeal on January 31, 2006.

PROOF OF SERVICE

The undersigned hereby certifies that a true and full copy of the foregoing motion in support of timely filing of notice of appeal has been mailed to the following:

U.S. Attorney
Kuhio Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850

Dated this 6 day of July, 2006.

Respectfully submitted,

*Leslie Kekahuna*
Lesilie Kekahuna
#89329-022
Federal Correctional Institution
P.O. Box 3007
Terminal Island
San pedro, CA 90731

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 0 6 2006

at 3 o'clock and 10 min. P.M
SUE BEITIA, CLERK

UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

UNITED STATES OF AMERICA,          CASE NO. CR-02-00175-SOM

    Plaintiff,

v.                                 NOTICE OF APPEAL

LESLIE KAKEHUNA,

    Defendant.
_____/

NOTICE is hereby given, that defendant Leslie Kakahuna, appeals to the Ninth Circuit Court of Appeals from the district court's denial of his Rule 60(b)(6) motion. Judgment entered in on January 12, 2006, defendant received copy of the that judgment on Juanuary 18, 2006.

Dated this 31 day of January, 2006.

Respectfully submitted,

Leslie Kekahuna
#89329-022
Federal Correctional Institution
P.O. Box 3007
Terminal Island
San Pedro, CA 90731