IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 02-00175 SOM |
| | ) | |
|     Plaintiff, | ) | |
| | ) | ORDER EXTENDING TIME TO FILE |
|   vs. | ) | NOTICE OF APPEAL |
| | ) | |
| LESLIE KEKAHUNA, | ) | |
| | ) | |
|     Defendant. | ) | |
| _____ | ) | |

ORDER EXTENDING TIME TO FILE NOTICE OF APPEAL

On August 24, 2006, this court received from Defendant Leslie Kekahuna, apparently acting without his attorney, a document with the title "Memorandum of Authorities In Support of the Defendant Filing of His Timely Notice Appeal." This document was apparently filed in response to this court's Second Order Regarding Time for Filing Notice of Appeal, filed by this court on June 8, 2006, as a follow up to an order filed on March 28, 2006, by the Appellate Commissioner of the United States Court of Appeals for the Ninth Circuit in No. 06-10106.

This court is uncertain whether, in light of the memorandum disposition issued on July 13, 2006, by the Ninth Circuit in No. 05-10141, United States v. Kekahuna, 2006 WL 1963298 (9th Cir. 2006), the Ninth Circuit is requesting further action by this court in No. 06-10106. In any event, this court here grants Kekahuna an extension of time through February 6, 2006, in which to appeal from this court's order entered on January 12, 2006. In his latest filing, Kekahuna explains that

he received this court's January 12, 2006, order on January 23, 2006, and delivered his notice of appeal to prison officials on January 31, 2006. Although this court had earlier given Kekahuna a deadline of April 14, 2006, for seeking an extension of the time in which to appeal, Kekahuna's recent filing says that Kekahuna did not learn of that deadline until June 16, 2006. His recent filing bears a date of July 6, 2006, although it was not received by this court until August 24, 2006. This court assumes that delays in transmission were attributable to circumstances that were beyond Kekahuna's control and grants Kekahuna an extension through February 6, 2006, in which to appeal from this court's order of January 12, 2006.

The Clerk of Court is directed to send a copy of this order to (1) Kekahuna (No. 89329-022, Terminal Island Federal Correctional Institution, P.O. Box 3007, San Pedro, CA 90731), (2) Defense Counsel David Bettencourt, (3) Assistant United States Attorney Florence Nakakuni, and (4) Ninth Circuit Appellate Commissioner Peter Shaw (United States Court Appeals,

James R. Browning United States Courthouse, 95 Seventh Street, San Francisco, California 94103-1518).

DATED: Honolulu, Hawaii; August 25, 2006.



_____
Susan Oki Mollway
United States District Judge

United States of America v. Leslie Kekahuna; Cr. No. 02-00175 SOM; Order Extending time to File Notice of Appeal