u:SOM

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

UNITED STATES DISTRICT COURT      SEP  8 2006

DISTRICT OF HAWAII     at 4 o'clock and 30 min P M
SUE BEITIA, CLERK

UNITED STATES OF AMERICA,                CASE NO. CR-02-00157-SOM
                                                  02-00175
           Plaintiff,

     v.                                  NOTICE OF APPEAL

LESLIE KEKAHUNA,

           Defendant.
_____/

   NOTICE IS HEREBY, given defendant Leslie Kekahuna, appeals to the Ninth Circuit Court of Appeals from a final denial of the district court ruling of his Rule 60(b)(6) motion, pursuant ot this court's order enter in on August 25, 2006.

   Dated this 31st day of August, 2006.

                                    Respectfully submitted,

                                    Leslie Kekahuna
                                    #89329-022
                                    Federal Correctional Institution
                                    P.O.Box 3007
                                    Terminal Island
                                    San pedro, CA 90731



Leslie Kekahuna
#89329-022
Federal Correctional Institution
P.O. Box 3007
Terminal Island
San Pedro, CA 90731

"Legal Mail"

LONG BEACH CA
05 SEP 2006 PM 5 T

Court Clerk
United States District Court
300 Ala Moana Bulevard
Honolulu, Hawaii 96850

