# UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OFFICE OF THE CLERK
300 ALA MOANA BLVD., RM C-338
HONOLULU, HAWAII 96850

Sue Beitia
Clerk of Court

TEL (808) 541-1300
FAX (808) 541-1303

September 12, 2006

Thomas Muehleck, AUSA
Office of the U.S. Attorney
300 Ala Moana Blvd., Rm. 6100
Honolulu, HI 96850

    IN RE:      U.S.A v. Leslie Kekahuna
    CR NO.      CR 02-00175SOM-04

Dear Counsel:

   Pursuant to Rule 3(d) FRAP, you are hereby notified that a Notice of Appeal was filed in the above-entitled case on 09/08/06.

   All counsel (or Pro Se) should read and follow the enclosed instructions. Thank You.

                              Sincerely,
                              Sue Beitia, Clerk
                              By     Laila M. Geronimo
                                     Deputy

cc:    Clerk, 9th CCA w/copy of NA,
            docket sheet, dfnf
       Pro Se
            with copy of instructions for criminal appeals
            Transcript Desig. & Ordering Form
            with instructions and a copy of the
            docket sheet

TO: Clerk, U.S. Court of Appeals  Date: September 12, 2006

FROM: Clerk, U.S. District Court, Hawaii

SUBJECT: New Appeals Docketing Information, Criminal Case

## CASE INFORMATION

COMPLETE TITLE: U.S.A. vs Leslie Kekahuna

U.S.D.C CASE NO. CR 02-00175SOM-04

U.S.D.C. JUDGE: Susan Oki Mollway

COMPLAINT (✓), INDICTMENT ( ), INFORMATION ( ), PETITION ( ), FILED: 04/22/02

APPEALED ORDER FILED: 01/12/06

NOTICE OF APPEAL FILED: 09/08/06

## COUNSEL INFORMATION

APPELLANT:
Pro Se
Federal Correctional Institution
P.O. Box 3007
Terminal Island
San Pedro, CA 90731

APPELLEE:
Thomas Muehleck, AUSA
Office of the U.S. Attorney
300 Ala Moana Blvd., Rm. 6100
Honolulu, HI 96850

(List multiple counsel on separate sheet and attach.)

APPOINTED BY: _

(e.g. C.J.A., Public Defender, Other.)

## DEFENDANT INFORMATION

ADDRESS:                                    CUSTODY:         ✓

                                            BAIL:            —
F/P GRANTED:   —
                                            COUNSEL WAIVED:  —
NO OF DAYS OF TRIAL:  _
                                            COURT REPORTER(S):  ESR, Debra Chun

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## DOCKET FEE PAYMENT NOTIFICATION FORM

I.   **SHORT CASE TITLE:**   U.S.A. vs. Leslie Kekahuna

   **U.S. COURT OF APPEALS DOCKET NUMBER:** _____

   **U.S. DISTRICT COURT FOR THE DISTRICT OF HAWAII**

   **U.S. DISTRICT COURT DOCKET NUMBER:** CR 02-00175SOM-04

II   **DATE NOTICE OF APPEAL FILED:**   09/08/06

III   **U.S. COURT OF APPEALS PAYMENT STATUS:**

   **DOCKET FEE PAID ON:**          **AMOUNT:**

   **NOT PAID YET:**                **BILLED:**

   **U.S. GOVERNMENT APPEAL:**      **FEE WAIVED:**

   **WAS APPELLANT OR APPELLE GRANTED F.P. STATUS?**

   **IF YES, SHOW DATE:**

   **WAS F.P. STATUS REVOKED:**     **DATE:**

   **WAS F.P. STATUS LIMITED IN SOME FASHION?**

   **IF YES, EXPLAIN:**

IV   **COMPANION CASES, IF ANY:**

V.   **COMPLETED IN THE U.S. DISTRICT COURT BY:**

   Laila M. Geronimo

---

AMENDED NOTIFICATION _____   PAID _____ F.P. _____
DISTRICT COURT CLERK BY: _____

(Note: This form is only utilized to notify the U.S. Court of Appeals concerning the satisfaction of the U.S. Court of Appeals Docket Fee.)