UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**
SEP 18 2006
CATHY A. CATTERSON
CLERK, U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff - Appellee,<br><br>　v.<br><br>LESLIE KEKAHUNA,<br><br>　　　　Defendant - Appellant. | No. 06-10106<br><br>D.C. No. CR-02-00175-SOM<br>District of Hawaii,<br>Honolulu<br><br><br>ORDER |

On March 28, 2006, this case was remanded to the district court for the limited purpose of determining whether excusable neglect exists for the late filing of the notice of appeal as to the order entered by the district court on January 12, 2006. On August 25, 2006, the district court granted appellant an extension of time until February 6, 2006 to file the notice of appeal. Accordingly, this appeal shall proceed.

Within 21 days after the date of this order, appellant shall pay the docketing and filing fees of $255.00 to the clerk of the district court and provide proof of payment to this court or move this court for leave to proceed on appeal in forma pauperis accompanied by a completed financial affidavit (CJA Form 23).

RECEIVED
CLERK, U.S. DISTRICT COURT
SEP 20 2006
DISTRICT OF HAWAII

06-10106

The opening brief and excerpts of record are due October 23, 2006; the answering brief is due November 22, 2006; and the optional reply brief is due within 14 days after service of the answering brief..

The Clerk shall serve this order and a CJA Form 23 on appellant individually.

For the Court

Nanette Won
Deputy Clerk
9th Cir. R. 27-7
General Orders/Appendix A