UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED
DEC - 7 2006
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>LESLIE KEKAHUNA,<br><br>Defendant - Appellant. | No.  06-10106<br>D.C. No.  CR-02-00175-SOM<br><br>**ORDER** |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 1 1 2006

at 3 o'clock and 25 min P M
SUE BEITIA, CLERK

A review of the file in this case reveals that the appellant has failed to perfect the appeal as prescribed by the Federal Rules of Appellate Procedure.

Pursuant to Ninth Circuit Rule 42-1, this appeal is dismissed for failure to pay the docketing/filing fees in this case.

A certified copy of this order sent to the district court shall act as and for the mandate of this court.

FOR THE COURT:

Cathy A. Catterson
Clerk of Court

/s/

By: Allison Fung
Deputy Clerk

A TRUE COPY
ATTEST  12/7/06
CATHY A. CATTERSON
Clerk of Court
by:
Deputy Clerk

INTERNAL USE ONLY: Proceedings include all events.
06-10106 USA v. Kekahuna

| | |
|---|---|
| UNITED STATES OF AMERICA<br>    Plaintiff - Appellee | Thomas C. Muehleck, AUSA<br>FAX 808/541-2958<br>808/541-2850<br>Suite 6-100<br>[COR LD NTC aus]<br>USH - OFFICE OF THE U.S. ATTORNEY<br>PJKK Federal Building<br>300 Ala Moana Blvd.<br>P.O. Box 50183<br>Honolulu, HI 96850 |
| v. | |
| LESLIE KEKAHUNA<br>    Defendant - Appellant | Leslie Kekahuna<br>89329-022<br>[NTC prs]<br>FCI Terminal Island<br>P.O. Box 3007<br>San Pedro, CA 90731 |