

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 30 2007

at 1 o'clock and 45 min P M
SUE BEITIA, CLERK

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JAN 26 2007

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| UNITED STATES OF AMERICA, | No. 06-10565 |
|---|---|
| Plaintiff - Appellee, | D.C. No. CR-02-00175-4-SOM<br>District of Hawaii, Honolulu |
| v. | |
| LESLIE KEKAHUNA, | ORDER |
| Defendant - Appellant. | |

On November 3, 2006, this court ordered appellant within 21 days to move for voluntary dismissal of this appeal or show cause why it should not be dismissed for lack of jurisdiction. Appellant was warned that failure to respond would result in the dismissal of this appeal by the Clerk of the Court for failure to prosecute. To date, appellant has not complied with this order. Accordingly, this appeal is dismissed for failure to prosecute. See 9th Cir. R. 42-1.

The certified copy of this order sent to the district court shall constitute the mandate.

For the Court,

Polly Estes
Polly Estes
Motions Attorney/Deputy Clerk
9th Cir. R. 27-7
General Orders/Appendix A

S:\MOATT\Clrkords\01.07\pe\06-10565.wpd

A TRUE COPY
ATTEST  1/26/07
CATHY A. CATTERSON
Clerk of Court

by
Deputy Clerk

```
INTERNAL USE ONLY: Proceedings include all events.
06-10565 USA v. Kekahuna

UNITED STATES OF AMERICA          Thomas C. Muehleck, AUSA
      Plaintiff - Appellee        FAX 808/541-2958
                                  808/541-2850
                                  Suite 6-100
                                  [COR LD NTC aus]
                                  USH - OFFICE OF THE U.S.
                                  ATTORNEY
                                  PJKK Federal Building
                                  300 Ala Moana Blvd.
                                  P.O. Box 50183
                                  Honolulu, HI 96850

  v.

LESLIE KEKAHUNA                   Leslie Kekahuna
      Defendant - Appellant       89329-022
                                  [COR LD NTC prs]
                                  FCI Terminal Island
                                  P.O. Box 3007
                                  San Pedro, CA 90731
```