CORRESPONDENCE

Leslie L. Kekahuna
Fed. Reg. No. 83920-022
Federal Correctional Institution
1299 Seaside Ave.
San Pedro, California 90731

August 23, 2007

The Honorable Susan Oki-Mollway
United States District Court
300 Ala Moana Blvd.
Honolulu, Hawaii

Re: Case No. CR-02-00175 SOM

Your Honor,

I hope this correspondence finds you well. I was sentecned in your Court to a 120 month prison term for violaitons of 21 U.S.C. § 841(a). I am currently being Housed at Terminal Island and have almost obtained my AA Degree.

During my court proceedings, just prior to the taking of my Pre Sentence Investigqation Report I had discussed with my counsel the taking of the 500 Hour Intensive Drug Program and the early release provisions of 3621(e). I had also advised my counsel of the fact that I had an alcohol problem as opposed to a drug problem. He advised me to relay this information to the Probation Officer who preparred my P.S.I.. Durring the P.S.I. interview I did relay this information, that I had an alcohol problem.

In paragraph 64 of the P.S.I. it states that "The Defendant reported that he does not have a history of illicit drug use nor does he presently drink alcohol. He advised that he last drank alcohol appoximately 2 years ago."

I have spoken to the Drug Treatment Specialist here at this institution and they have advised me that I do not qualify for the 500 Hour Program nor the early release because of two reasons; 1) that the alcohol problem need be within one year of the crime; and 2) that there must be a relationship with the criminal conduct.

RECEIVED
CLERK U.S. DISTRICT COURT
SEP 14 2007
DISTRICT OF HAWAII

Leslie L. Kekahuna
August 23, 2007
page 2


I am requesting that you consider issuing an addendum to the P.S.I. to reflect the true facts of the situation for the following reasons; 1) Since I was out on bail during these proceedings, it was actually within one year of the criminal conduct for which I was arrested. The BOP has no way of actually knowing this; 2) I did advise the Probation Officer at the P.S.I. interview of my alcohol problem and this somehow was lost in the translation.

I thank you very much for your time and consideration. I hope that you can see that I have a strong resolve to be a productive aprt of society and need to particpate in this program and the after care program.


Sincerely,


VERIFICATION

I, Leslie L. Kekahuna do hereby swear under the penalty of perjury, that, the statements contained herein, are true to the best of my knowledge.


Dated this 23rd day of August, 2007.

_____
Leslie L. Kekahuna