E. J. Kekahuna 89329-022
Federal Correctional Institution
Box 3007
Terminal Island, CA 90731

The Honorable Susan Oki-Mollway
United States District Court
300-Ala Moana Blvd.
Honolulu, HI 96813